The People of the State of New York, Respondent,
against
Christopher Bailey, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Frances Y. Wang, J.), rendered April 21, 2017, convicting him, upon his plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Frances Y. Wang, J.), rendered April 21, 2017, affirmed.
The accusatory instrument charging petit larceny (see Penal Law § 155.25) was not jurisdictionally defective. The instrument recited that complainant attempted to call the police from her cell phone after being followed into her residence elevator by defendant, and that defendant then "grabbed said phone from her hand, without permission or authority, and left said location." Contrary to defendant's present contention, his larcenous intent is readily inferable from allegations that he exercised dominion and control over the complainant's phone for a period of time, however temporary, in a manner wholly inconsistent with the complainant's continued rights (see People v Jennings, 69 NY2d 103, 118 [1986]; People v Smith, 140 AD2d 259 [1988], lv denied 72 NY2d 924 [1988]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 14, 2018